UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| IN RE ROADRUNNER TRANSPORTATION SYSTEMS INC. STOCKHOLDER DERIVATIVE LITIGATION, | Case No. 17-cv-893-pp |
|---|---|

---

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER PENDING MEDIATION (DKT. NO. 30)**

---

On April 20, 2018, the parties filed a joint motion, asking the court to modify aspects of its March 21, 2018 scheduling order. Dkt. No. 30. The motion indicated that the parties have agreed to participate in mediation, facilitated by the Honorable Layn R. Phillips, on May 7, 2018. They ask the court to extend certain deadlines so that they may pursue that mediation.

The court **GRANTS** the parties' joint motion to modify the court's March 21, 2018 scheduling order. Dkt. No. 30. The court **ORDERS** the following**:**

    a)    By the end of the day on **May 18, 2018**, the parties shall file a joint report with the court, reporting the outcome of the mediation;

    b)    The defendants shall respond to the consolidated complaint, either within forty-five days after the parties file their joint mediation report or by the end of the day on July 1, 2018, whichever is sooner.

    c)    If, in response to the consolidated complaint, the defendants file a motion to dismiss:

1.) the plaintiffs shall file their response, if any, either within forty-five days after the defendants file their motion or by the end of the day on August 15, 2018, whichever is sooner.

2.) the defendants shall file their reply, if any, to the plaintiff's response either within thirty days after the plaintiff's response or by the end of the day on September 14, 2018, whichever is sooner.

d) No party shall serve discovery demands or pursue discovery before the defendants file their response to the consolidated complaint.

Dated in Milwaukee, Wisconsin this 26th day of April, 2018.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**