UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE ROADRUNNER TRANSPORTATION SYSTEMS INC. STOCKHOLDER DERIVATIVE LITIGATION, | Case No. 17-cv-893-pp |

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER PENDING MEDIATION (DKT. NO. 33)**

On June 22, 2018, the parties filed a joint motion, asking the court to modify aspects of its April 26, 2018 scheduling order. Dkt. No. 33. The motion indicated that while the parties did not reach a settlement agreement at their May 7, 2018 mediation session, settlement discussions are ongoing and the parties state that they "have progressed sufficiently" to warrant an additional thirty-day extension of the previous deadlines. They ask the court to extend certain deadlines so that they may continue those settlement discussions.

The court **GRANTS** the parties' joint motion to modify the court's April 26, 2018 scheduling order. Dkt. No. 33. The court **ORDERS** the following**:**

    a)    By the end of the day on **July 31, 2018**, the defendants shall file a response to the Consolidate Complaint.

    b)    If, in response to the consolidated complaint, the defendants file a motion to dismiss:

        1)    the plaintiffs shall file their response, if any, by the end of the day on September 17, 2018.

2.) the defendants shall file their reply, by the end of the day on October 17, 2018.

d) No party shall serve discovery demands or pursue discovery before the defendants file their response to the consolidated complaint.

Dated in Milwaukee, Wisconsin this 27th day of June, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**