UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE ROADRUNNER
TRANSPORTATION SYSTEMS INC.
STOCKHOLDER DERIVATIVE
LITIGATION,

Case No. 17-cv-893-pp

**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S CONSOLIDATED COMPLAINT (DKT. NO. 54)**

The parties have filed a joint motion, asking the court to modify aspects of its September 28, 2018 scheduling order. Dkt. No. 54. The motion indicated that the parties have reached tentative agreement on most issues, and they ask the court to extend certain deadlines so that they may continue to make progress on the issues that remain.

The court **GRANTS** the parties' joint motion to modify the court's September 28, 2018 scheduling order. Dkt. No. 54. The court **ORDERS** the following**:**

    a)    On or before **November 7, 2018**, the defendants shall file a response to the consolidated complaint.

        i.)    the plaintiffs shall file their response, if any, to the defendants' response to the consolidated complaint on or before December 21, 2018;

        ii.)    the defendants shall file their reply, if any, to the plaintiffs' response on or before January 22, 2019;

1

b) The parties, jointly or otherwise, may move the court for further modification of this schedule should settlement discussions or other circumstances constituting.

Dated in Milwaukee, Wisconsin this 30th day of October, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**