UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JESSE KENT, Individually and on Behalf of All Others Similarly Situated, and Derivatively on Behalf of ROADRUNNER TRANSPORTATION SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS W. STOELTING, et al.,<br><br>Defendants,<br><br>– and –<br><br>ROADRUNNER TRANSPORTATION SYSTEMS, INC., a Delaware corporation,<br><br>Nominal Defendant. | Civil No. 2:17-cv-00893-LA<br>**(Consolidated)**<br><br>**STIPULATION REGARDING SETTLEMENT APPROVAL** |

WHEREAS, on March 29, 2019, the parties filed a Stipulation of Settlement (Docket No. 62), which attached documents including forms of District Court Approval Order and Judgment (the "Proposed Order and Judgment").

WHEREAS, the Stipulation of Settlement provided that the "Effective Date" (as defined) and certain other matters defined or addressed in the Stipulation of Settlement become operative upon entry of an order finally approving the Stipulation and a judgment substantially in the form of the Proposed Order and Judgment.

WHEREAS, on September 26, 2019, the Court entered an order finally approving the settlement and dismissing this case with prejudice (Docket No. 98) and entered a Judgment (Docket No. 99) (collectively, the "September 26 Order and Judgment"), but did not enter the Proposed Order and Judgment in the form attached to the Stipulation of Settlement.

WHEREAS, the parties agree the September 26 Order and Judgment satisfy the condition in the Stipulation of Settlement that the Court enter an order finally approving the Stipulation and a judgment substantially in the form of the Proposed Order and Judgment.

WHEREAS, the parties wish to proceed with the settlement on all terms as agreed, except without need for entry of the Proposed Order and Judgment and wish to confirm that all provisions of the Stipulation of Settlement are operative as if the Proposed Order and Judgment had been entered.

NOW THEREFORE, the parties stipulate and agree, subject to Court approval, that (i) the Stipulation of Settlement is hereby deemed modified to reflect that the September 26 Order and Judgment meet the definitions of "District Court Approval Order" and "Judgment" as provided for in the Stipulation of Settlement, and (ii) therefore all provisions of the Stipulation of Settlement that were contingent upon or were otherwise affected by the entry of the Proposed Order and Judgment are operative based on the entry of the September 26 Order and Judgment.

Dated: October 7, 2019

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>& DOWD LLP<br><br>/s/Benny C. Goodman III<br>TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>ERIK W. LUEDEKE<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>ROBBINS ARROYO LLP<br>STEPHEN J. ODDO<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: 619/525-3990<br>619/525-3991 (fax)<br><br>*Attorneys for Plaintiffs* | |
| GREENBERG TRAURIG LLP<br><br>/s/Paul T. Fox<br>PAUL T. FOX<br>77 W. Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>Telephone: (312) 456-8420<br>Facsimile: (312) 899-0314<br>Email: foxp@gtlaw.com<br><br>ROBERT A. HOROWITZ<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 801-2194<br>Facsimile: (212) 224-6114<br>Email: horowitzr@gtlaw.com<br><br>*Attorneys for Defendants Roadrunner Transportation System, Inc., Stoelting, Staley, Doerr, Ward, Van Helden, Evans, Utrup, Dobak and Kittle* | WINSTON & STRAWN LLP<br><br>/s/Laura Cordova<br>LAURA CORDOVA<br>JAMES P. SMITH<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 294-6700<br>Fascimile: (212) 294-4700<br><br>*Attorney for Defendant Mark A. DiBlasi* |

4839-8869-1113.v1

| | |
|---|---|
| VON BRIESEN & ROPER, S.C.<br><br>*/s/Jason Fathallah*<br>JASON FATHALLAH<br>411 East Wisconsin Avenue, Suite 1000 Mil waukee, WI 53202<br>Direct: (414)-287-1258<br>Facsimile: (414)-238-6668<br>Email: hvogt@vonbriesen.com<br>jfathall@vonbriesen.com<br><br>WILMER CUTLER PICKERING HALE AND DORR LLP<br><br>*/s/ Michael G. Bongiorno*<br>MICHAEL G. BONGIORNO<br>60 State Streeet<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>TIMOTHY J. PERLA<br>Email: michael.bongiorno@wilmerhale.com<br>timothy.perla@wilmerhale.com<br><br>*Attorneys for Defendants John G. Kennedy, III, Brian C. Murray, and William S. Urkiel* | WHITE & CASE LLP<br><br>/s/ Douglas Baumstein<br>DOUGLAS BAUMSTEIN<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>Telephone: (212) 819-8586<br>Email: dbaumstein@whitecase.com<br><br>*Attorney for Defendant Scott Rued* |
| LOEB & LOEB LLP<br><br>*/s/ Andrew R. DeVooght*<br>ANDREW R. DEVOOGHT<br>321 N Clark Sreet, Suite 2300<br>Chicago, IL 60654<br>Telephone: (312) 464-3100<br>Facsimile: (312) 464-3111<br>NINA RUVINSKY<br>Email: adevooght@loeb.com<br>nruvinsky@loeb.com<br><br>C. LINNA CHEN<br>345 Park Avenue<br>New York, NY 10154-0037<br>Telephone: (212) 407-4000<br>Facsimile: (212) 407-4990<br>Email: lchen@loeb.com<br><br>*Attorneys for Defendant Peter Armbruster* | WILLIAMS & CONNOLLY LLP<br><br>*/s/ Sarah O'Connor*<br>SARAH O'CONNOR (DC Bar No. 1012405)<br>725 Twelfth Street N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>E-mail: soconnor@wc.com<br><br>*Attorneys for Defendant Judy Vijums* |

4839-8869-1113.v1