UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| JESSE KENT, Individually and on Behalf of All Others Similarly Situated, and Derivatively on Behalf of ROADRUNNER TRANSPORTATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CURTIS W. STOELTING, et al., <br><br> Defendants, <br><br> – and – <br><br> ROADRUNNER TRANSPORTATION SYSTEMS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Civil No. 2:17-cv-00893-LA <br> **(Consolidated)** <br><br> <u>DERIVATIVE ACTION</u> |

ORDER APPROVING STIPULATION
REGARDING SETTLEMENT APPROVAL

The Court having considered all papers filed and proceedings had herein, and otherwise being fully informed in the premises and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(i) the Stipulation of Settlement is hereby deemed modified to reflect that the September 26 Order and Judgment meet the definitions of "District Court Approval Order" and "Judgment" as provided for in the Stipulation of Settlement, and

(ii) all provisions of the Stipulation of Settlement that were contingent upon or were otherwise affected by the entry of the Proposed Order and Judgment are operative based on the entry of the September 26 Order and Judgment.

IT IS SO ORDERED.

DATED:  10/9/19     s/Lynn Adelman
THE HONORABLE LYNN S. ADELMAN
UNITED STATES DISTRICT JUDGE